IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY HANSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ENCORE REALTY COMPANY, L.C. and )<br>AFG SR FLOWER MOUND 1-53462, LLC, )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE No. 4:22-CV-00690-SDJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KIMBERLY HANSON and Defendants, ENCORE REALTY COMPANY, L.C. and AFG SR FLOWER MOUND 1-53462, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 7th day of January, 2023.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

       */s/ Joseph W. Gagnon*
       Joseph W. Gagnon, Esq.
       State Bar No. 00787507
       Fisher & Phillips LLC
       333 Clay Street, Suite 4000
       Houston, TX  77002
       Tel:  713-292-0150
       Email:  jgagnon@fisherphillips.com

       Attorney for Defendant, Encore Realty Company, L.P.

       */s/ Robert G. Chadwick Jr.*
       Robert g. Chadwick, Esq.
       State Bar No. 04056075
       Freeman Mathis & Gary, LLP
       5851 Legacy Circle, Suite 600
       Plano, TX  75024
       Tel:  469-895-3003
       Email:  bob.chadwick@fmglaw.com

       Attorney for Defendant, AFG SR Flower Mount 1-53462, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this __ day of December, 2022, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

       /s/  Douglas S. Schapiro
       Douglas S. Schapiro
       State Bar No. 54538FL